IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Wilmington Division
Case No. 7:14-cv-2

MARIAN SNOW,

        Plaintiffs

v.

WELLS FARGO BANK, N.A.
WELLS FARGO HOME MORTGAGE, INC.

        Defendant.

**MOTION FOR EXTENSION OF TIME**

NOW COMES Defendant, Wells Fargo Bank, N.A.[1] ("Wells Fargo"), through counsel, pursuant to Federal Rules of Civil Procedure 6, and hereby moves for an Order enlarging its time for twenty one (21) days, through and including Wednesday, February 19, 2014, within which to respond to Plaintiff's Complaint. In support of this motion, Wells Fargo states as follows:

1. Plaintiff filed her complaint on January 3, 2014. Plaintiff served Wells Fargo via the Corporation Servicing Company, on or about January 8, 2014.

2. Wells Fargo's time for responding to the Complaint has not yet expired inasmuch as its response is currently due Wednesday, January 29, 2014.

3. Wells Fargo needs additional time to adequately investigate the allegations in Plaintiff's Complaint and prepare its response.

4. This motion is made in good faith and not for the purpose of delay.

---

[1] Wells Fargo Home Mortgage, Inc. was merged into Wells Fargo Bank, N.A. in June 2004, as reflected by publicly available records on file with the North Carolina Secretary of State. Wells Fargo Bank, N.A. has conducted certain business as Wells Fargo Home Mortgage since that time.

WHEREFORE, Defendant respectfully requests an extension of time for twenty one (21) days, through and including Wednesday, February 19, 2014, within which to respond to Plaintiff's Complaint.

This the 27th day of January, 2014.

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Kenneth B. Oettinger, Jr.
Kenneth B. Oettinger, Jr. (NC State Bar No. 20064)
Lee Williams (NC State Bar No. 35657)
301 South College Street, Suite 3500
Charlotte, NC 28202-6037
Telephone: (704) 331-4900

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 27th day of January, 2014, the foregoing "**Motion for Extension of Time**" was served via the Court's CM/ECF system and by regular mail to the address set forth below.

    Marian Snow
    4472 Island Drive
    N. Topsail Beach, NC 28460

    /s/ Kenneth B. Oettinger, Jr.
    Kenneth B. Oettinger, Jr.