IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Wilmington Division
Case No. 7:14-cv-2-BR

MARIAN SNOW,

    Plaintiffs

v.

WELLS FARGO BANK, N.A.
WELLS FARGO HOME MORTGAGE, INC.

    Defendant.

**ORDER GRANTING
MOTION FOR EXTENSION OF TIME**

    Upon motion of Defendant, Wells Fargo Bank, N.A., and for good cause shown, Defendant is hereby granted an extension of time through and including Wednesday, February 19, 2014, within which to respond to Plaintiff's Complaint.

    This the 28th day of January, 2014.

**JULIE A. RICHARDS, CLERK**

By: Deputy Clerk of Court
Eastern District of North Carolina