IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Wilmington Division
Case No. 7:14-cv-2

MARIAN SNOW,

    Plaintiffs

v.

WELLS FARGO BANK, N.A.
WELLS FARGO HOME MORTGAGE, INC.

    Defendant.

**SECOND
MOTION FOR EXTENSION OF TIME**

NOW COMES Defendant, Wells Fargo Bank, N.A.[1] ("Wells Fargo"), through counsel, pursuant to Federal Rules of Civil Procedure 6, and hereby moves for an Order enlarging its time for fifteen (15) days, through and including Thursday, March 6, 2014, within which to respond to Plaintiff's Complaint. In support of this motion, Wells Fargo states as follows:

1. The time for filing a response to the Complaint has not expired inasmuch as a response is currently due on Wednesday, February 19, 2014.

2. Wells Fargo needs additional time to fully investigate the facts to formulate a response to the Complaint. Wells Fargo's efforts to complete its investigation have been slowed by last week's winter storms.

3. Wells Fargo respectfully submits that granting this 15-day extension request will not prejudice Plaintiff and will allow Wells Fargo sufficient time to respond to the allegations in the Complaint.

---

[1] Wells Fargo Home Mortgage, Inc. was merged into Wells Fargo Bank, N.A. in June 2004, as reflected by publicly available records on file with the North Carolina Secretary of State. Wells Fargo Bank, N.A. has conducted certain business as Wells Fargo Home Mortgage since that time.

This the 18th day of February, 2014.

                **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

                /s/ Kenneth B. Oettinger, Jr.
                Kenneth B. Oettinger, Jr. (NC State Bar No. 20064)
                Lee Williams (NC State Bar No. 35657)
                301 South College Street, Suite 3500
                Charlotte, NC 28202-6037
                Telephone: (704) 331-4900

                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February, 2014, the foregoing "**Second Motion for Extension of Time**" was served via the Court's CM/ECF system and by regular mail to the address set forth below.

    Marian Snow
    4472 Island Drive
    N. Topsail Beach, NC 28460

    /s/ Kenneth B. Oettinger, Jr.
    Kenneth B. Oettinger, Jr.