IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION
Case No. 7:14-cv-2

| | |
|---|---|
| MARIAN SNOW,<br><br>        Plaintiffs<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br>WELLS FARGO HOME MORTGAGE, INC.<br><br>        Defendants. | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Amanda G. Ray and the law firm of Womble Carlyle Sandridge & Rice LLP does hereby enter an appearance in this matter on behalf of Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage, Inc. (hereinafter referred to as "Defendants"). **PLEASE TAKE FURTHER NOTICE** that Ms. Ray hereby requests that all documents required to be served upon any party to this litigation be served upon her as counsel for the Defendants at:

    Amanda G. Ray
    Womble Carlyle Sandridge & Rice, LLP
    150 Fayetteville Street, Suite 2100
    Raleigh, North Carolina 27601
    P: (919) 755-8172
    F: (919) 755-6054
    aray@wcsr.com

Respectfully submitted this the 4th day of June, 2014.

                            **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

                            /s/ Amanda G. Ray
                            Amanda G. Ray (NC State Bar 37010)
                            Womble Carlyle Sandridge & Rice, LLP
                            150 Fayetteville Street, Suite 2100
                            Raleigh, North Carolina 27601
                            Phone: (919) 755-8172
                            Fax: (919) 755-6054
                            aray@wcsr.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, and I further hereby certify that I have mailed the foregoing documents via U.S. Mail, postage prepaid, to the following non CM/ECF participant(s):

>Marian Snow
>4472 Island Drive
>N. Topsail Beach, NC 28460
>872-588-9170
>msnow20@gmail.com
>*Plaintiff*

Respectfully submitted, this the 4th day of June, 2014.

>**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**
>
>/s/ Amanda G. Ray
>Amanda G. Ray, NCSB No. 37010
>150 Fayetteville Street, Suite 2100
>Post Office Box 831
>Raleigh, NC 27602
>Telephone: (919) 755-8172
>Facsimile: (919) 755-6054
>Email: aray@wcsr.com
>*Attorney for Defendants*