IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14-cv-2-BR

| | |
|---|---|
| MARIAN SNOW,<br><br>      Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and<br>WELLS FARGO HOME MORTGAGE<br><br>      Defendants. | **ORDER EXTENDING TIME** |

This matter came on for determination on the Motion of Defendants Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage for an order granting an extension of time to serve their Responses to Plaintiff's First Set of Interrogatories, First Set of Requests for Production to Wells Fargo Bank, N.A., First Set of Requests for Production to Wells Fargo Home Mortgage, and First Set of Requests for Admission (collectively, "Discovery Requests"). There being no opposition to the motion and good cause having been shown for the granting of the Motion.

IT IS THEREFORE ORDERED that Defendants' time for filing their Response to the Discovery Requests is hereby extended up to and including July 22, 2014.

This the 23rd day of June 2014.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge

WCSR 32479575v1