

**PRIORITY MAIL 2-DAY™**

Date of sale
11/15/14
06  2S00  APC
08502309

EXPECTED DELIVERY 11/17/2014

SHIP TO:  0006

RALEIGH NC 27601-1441

**USPS TRACKING NUMBER**

ZIP

420 27601 9505 5000 3576 4319 0000 48

FROM: Snow
907 Timberlake Dr NW
Wilson, NC 27893



RECEIVED
NOV 17 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

TO: Clerks Office
Federal Court House
310 New Bern Ave
Raleigh, NC
27601



Case 7:14-cv-00002-BR  Document 29  Filed 11/17/14.  Page 1 of 1
EP14F July 2013

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE